RECEIVED
IN MONROE, LA

SEP 2 3 2008
AC
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| KENNY W. MCKNIGHT | * | DOCKET NO. 07-1654 |
| VERSUS | * | JUDGE JAMES |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision be **AFFIRMED**, and this matter **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED this 23 day of September, 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE